UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE JIMENEZ, individually and on behalf of
others similarly situated,

        Case No. 07-CV-14494

      Plaintiff,

        Honorable Stephen J. Murphy, III

v.

ALLSTATE INDEMNITY COMPANY, an
Illinois corporation,

      Defendant.

---

### ORDER OF DISMISSAL AND FINAL JUDGMENT

THE COURT received notice from the parties by way of letter from Plaintiff's counsel dated November 5, 2012 that the above-referenced matter has been brought to final resolution, settlement and judgment in accordance with the terms and conditions of the settlement negotiated by the parties and communicated to this Court.

**WHEREFORE** it is hereby **ORDERED** that the matter be reinstated on motion of the party for entry of a final judgment and order of dismissal, and further, it is ordered that this action is in fact dismissed in its entirety with prejudice and without costs to either party.

**SO ORDERED.**

        s/Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: November 12, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 12, 2012, by electronic and/or ordinary mail.

        Carol Cohron
        Case Manager